UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SEAN GORECKI**, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:17-cv-03036 |
| **MCDONALD'S CORPORATION**, | )<br>) Honorable Manish S. Shah |
| Defendant. | )<br>)<br>)<br>) |

## DEFENDANT MCDONALD'S CORPORATION'S
## NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of this Court, Defendant McDonald's USA, LLC (McDonald's), erroneously named in the Complaint as McDonald's Corporation, submits this Notification as to Affiliates. McDonald's USA is a wholly owned subsidiary of McDonald's Corporation. The following entities are beneficial owners of more than 5% of McDonald's Corporation's outstanding common stock:

1)   The Vanguard Group, Inc.,

2)   BlackRock, Inc., and

3)   State Street Corporation.

Dated: June  27 , 2017                     Respectfully submitted,

                                                    s/ Robert A. Naeve
                                                  Robert A. Naeve (pro hac vice)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:     +1.949.851.3939
Facsimile:      +1.949.553.7539
E-mail:           rnaeve@jonesday.com

Elizabeth B. McRee
Brandon L. Dixon
JONES DAY
77 West Wacker
Chicago, IL  60601
Telephone:     +1.312.782.3939
Facsimile:      +1.312.782.8585
E-mail:           emcree@jonesday.com
E-mail:           bdixon@jonesday.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record via email.

s/ Robert A. Naeve
*Attorney for Defendant*