**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SEAN GORECKI**, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-03036 |
| **MCDONALD'S CORPORATION**, | ) Honorable Manish S. Shah |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sean Gorecki and Defendant McDonald's USA, LLC, erroneously named in the Complaint as McDonald's Corporation, hereby stipulate that the action referenced above shall be dismissed with prejudice as against all parties, and that the parties shall bear their respective costs and attorneys' fees.

Dated: October 27, 2017.

/s/ Robert A. Naeve
Robert A. Naeve (admitted pro hac vice)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539
E-mail: rnaeve@jonesday.com
*Attorneys for Defendant*

Dated: October 27, 2017.

/s/ Marc E. Dann
Marc E. Dann
DannLaw
115 S. LaSalle Street
Suite 2600
Chicago, Illinois 60603
Telephone: + 1.312.702.1000
E-mail: mdann@dannlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2017, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                                */s/Robert A. Naeve*
                                                  Attorney for Defendant